**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ACTIVE MEDICAL, INC.,**<br>**Plaintiff,**<br><br>**v.**<br><br>**DAVID LESZCZYK; LINA MEDICAL USA, INC.,**<br>**Defendants.** | : | **No. 1:25cv851**<br><br>**(Judge Munley)** |

**ORDER**

**AND NOW**, to wit, this 17th day of September 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Defendant LiNA Medical USA, Inc.'s motion to dismiss plaintiff's complaint, (Doc. 14), is **GRANTED**. Plaintiff's claims against LiNA are dismissed without prejudice.

2) Defendant David Leszczyk's motion to dismiss plaintiff's complaint, (Doc. 29), is **DENIED**.

**Date:** 9/17/26

**JUDGE JULIA K. MUNLEY**
**United States District Court**